IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA TAYLOR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-172
)
WAL-MART STORES, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. As a result, Defendant's Motion for Partial Summary Judgment (Doc. 14) is **DISMISSED AS MOOT**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 28 PM 4:02
CLERK_____
SO. DIST. OF GA.